# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:03CR12-1 |
| ERNEST EDWIN SQUARLES, JR. | ) | USM No: 08702-058 |
| Date of Previous Judgment:  August 9, 2004 | ) | Julia Mimms |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ DENIED.  ❐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  38 | Amended Offense Level:  36 | |
| Criminal History Category:  VI | Criminal History Category:  VI | |
| Previous Guideline Range:  Life  to  Life  months | Amended Guideline Range:  Life  to  Life  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❐ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  No reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  August 9, 2004,  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  April 17, 2009

_Richard L. Voorhees_
Richard L. Voorhees
United States District Judge

Effective Date: _____
(if different from order date)